**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1740**

———————

NORA L. FOZARD,

                                        Plaintiff - Appellant,

        versus

PUBLISHERS CLEARING HOUSE, INCORPORATED,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge.  (CA-98-149-1)

———————

Submitted:  December 22, 1999        Decided:  February 8, 2000

———————

Before WILKINS and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles R. Holton, Natalie J. McKinney, MOORE & VAN ALLEN, P.L.L.C., Durham, North Carolina, for Appellant.  Robert W. Spearman, R. Bruce Thompson, II, PARKER, POE, ADAMS & BERNSTEIN, L.L.P., Raleigh, North Carolina; James W. Harbison, Jr., MORGAN, LEWIS & BOCKIUS, L.L.P., New York, New York, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.  See Local Rule 36(c).

PER CURIAM:

Nora Fozard appeals the district court's order granting Appellee's motion to dismiss. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Fozard v. Publishers Clearing House, Inc.</u>, No. CA-98-149-1 (M.D.N.C. Apr. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>